IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN LARONE WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-387-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On September 17, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 53.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED, that the 28 U.S.C. § 2255 motion filed by Petitioner Kelvin Larone Williams is DENIED, and that this action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 10th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE